Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

*In re* Ex Parte Application of

APPLE INC.; APPLE RETAIL GERMANY GMBH; and APPLE SALES INTERNATIONAL,

Applicants,

For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from HTC Corporation and HTC America, Inc. for Use in Foreign Proceedings.,

No. 2:12-mc-00010-MJP

RESPONSE TO NON-ACTIVITY LETTER

The undersigned counsel files this response to the Court's September 26, 2013 letter (Dkt. No. 4). The Court having granted the *ex parte* application for order pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from HTC Corporation and HTC America, Inc. for Use in Foreign Proceedings, *see* Dkt. No. 3, no further action in this matter is necessary. This case should be closed.

//

//

//

//

RESPONSE TO NON-ACTIVITY LETTER
NO. 2:12-mc-00010-MJP – Page 1

YARMUTH WILSDON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1   DATED: October 8, 2013.

2

3                              YARMUTH WILSDON PLLC

4
                               By: */s/ Jeremy E. Roller*
5                                  Jeremy E. Roller, WSBA No. 32021
                               818 Stewart Street, Suite 1400
6                              Seattle, WA  98101
                               Telephone:  206.516.3800
7                              Facsimile:   206.516.3888
                               Email:  jroller@yarmuth.com
8

9                              Attorneys for Applicants Apple Inc., Apple Retail
                               Germany GmbH, and Apple Sales International
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

RESPONSE TO NON-ACTIVITY LETTER
NO. 2:12-mc-00010-MJP – Page 2

YARMUTH WILSDON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888